# EXHIBIT A

IN THE COUNTY COURT OF
THE 1ST JUDICIAL CIRCUIT, IN
AND FOR ESCAMBIA
COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO:

HALEY TURNER,
        Plaintiff,
v.

BARCLAYS BANK DELAWARE AND EQUIFAX
INFORMATION SERVICES, LLC,
        Defendants.
_____/

## COMPLAINT

Plaintiff, Haley Turner (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Barclays Bank Delaware ("Barclays") and Equifax Information Services, LLC ("Equifax") alleges as follows:

## INTRODUCTION

1. This is an action for damages which exceed the sum of Eight Thousand One Dollars ($8,001.00) brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

## PARTIES

2. Plaintiff, Haley Turner, is an adult citizen of Florida.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

1

4. Defendant Barclays was and is at all relevant times herein, a national banking association organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Florida. Barclays is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5. Defendant Equifax is a limited liability company organized and existing under the laws of Florida that engages in the business of maintaining and reporting consumer credit information.

<strong><u>JURISDICTION AND VENUE</u></strong>

6. This Honorable Court has jurisdiction and venue over the parties and this cause of action.  This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Escambia in the State of Florida against individuals doing business in Escambia County, Florida.

7. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Florida, or who are doing business in the State of Florida.  Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Escambia County, Florida.

8. Venue is properly established before this Court pursuant to § 47.011, Fla. Stat. (2005), because the present action has been instituted in the county where the defendant resides, where the cause of action accrued, or where the property in litigation is located.

## **FACTUAL ALLEGATIONS**

9.  Defendant Barclays issued a credit account ending in 6643 to Plaintiff.  The account was routinely reported on Plaintiff's consumer credit reports.

10. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

11. On or about October 30, 2019, Plaintiff and Barclays entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

12. Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $6,926.00 to settle and close her Barclays credit account.

13. Plaintiff, via her debt settlement representative timely made the requisite settlement payment. Proof of this payment is attached hereto as Exhibit B.

14. However, years later, Plaintiff's Barclays account continued to be negatively reported.

15. In particular, on a requested credit report dated July 7, 2022, Plaintiff's Barclays account was reported with a status of "CHARGE OFF," a balance of $10,389.00 and a past due balance of $10,389.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit C.

16. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

17. On or about July 21, 2022, Plaintiff, via her attorney at the time, notified Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Barclays account. A redacted copy of this letter and the certified mail receipts are attached hereto as Exhibit D.

18. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Barclays to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

19. In August of 2022 Plaintiff requested updated credit reports for review.  The tradeline for Plaintiff's Barclays account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the August 2022 credit report is attached hereto as Exhibit E.

20. Equifax did not notify Barclays of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Barclays and Barclays failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

21. If Barclays had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Barclays account would have been updated to reflect a "settled" status with a balance of $0.00.

22. Despite the fact that Barclays has promised through its subscriber agreements or contracts to accurately update accounts, Barclays has nonetheless willfully,

maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

23. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Equifax.

24. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

25. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## CLAIM FOR RELIEF

26. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

27. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

28. Barclays is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions

or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

29. Barclays is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

30. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

31. Barclays failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

32. Barclays failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

33. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

34. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

35. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

36. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff demands that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

4. That the Court grant such other and further relief as may be just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

/s/ Thomas Bellinder
Thomas Bellinder, Esq. (Florida Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

# EXHIBIT A

Card Services
P.O. Box 8833
Wilmington, DE 19899-8833

October 30, 2019

Account Ending In 6643

Haley Turner



**RE: SETTLEMENT AGREEMENT**

*Dear Haley Turner,*

*This confirms our October 23, 2019 discussion in which you agreed to a settlement offer on your American Airlines Aviator Red MasterCardÂ® account referenced above, for less than the full balance amount. We are pleased to be able to provide this opportunity for you to settle your account.*

**What You Need To Know**

*Your account has been closed and cannot be used.*

*The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It is important that you review the terms of the settlement outlined below.*

*The terms of this settlement are as follows:*

*As of the date of this letter, your account balance is 17,315.54. Upon receipt of 6,926.00, which is 40% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.*

*Payments under the terms of this settlement are as follows:*

*• 11/22/2019 $6,926.00*
*• Account is closed*
*• There may be tax consequences as disclosed below.*

*\*\*Note: This settlement may have tax consequences. If you are uncertain of the tax consequences, consult a tax advisor.*

**What You Need To Do**

- *All payments must be received on or before the due dates set forth above.*
- *Each payment* **MUST** *contain all of the following information:*
    - *your full, accurate and complete name and address; and*
    - *your full, accurate and complete credit card account number.*
- *Destroy all credit cards and checks associated with this account.*
- *Contact any merchants where you have set up automatic monthly payments and notify them that the account has been closed. All preauthorized or reoccurring transactions should be canceled immediately and no further transactions using your account should be attempted.*
- *Notify any online merchant accounts that maintain your account information for expedited checkout.*
- *Please keep this letter.*

*\*\*Note: If you fail to make any of the payments listed above, on or before the due dates referenced above, your payments will not be considered timely, and this settlement will no longer be in effect and your account will not be considered settled. Should any payment not contain all of the information required, this settlement will no longer be in effect and your account will not be considered settled.*

*If you have any questions or concerns, please call us toll-free at 1-866-456-0706. Our Account Managers are available Monday through Thursday from 8:00 a.m. to 12:00 a.m., Friday and Saturday from 8:00 a.m. to 12:00 a.m., and Sunday from 4:00 p.m. to 9:00 p.m., Eastern Time.*

*Sincerely,*

*tsamuels*

# EXHIBIT B

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT'S FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE

**Global Client Solutions, LLC Custodian**
**FBO Haley Turner**

**203088884**

Date:   **11/01/2019**
Amount: **$** **6,926.00**

Pay:   SIX THOUSAND NINE HUNDRED TWENTY-SIX AND XX / 100 DOLLARS

For: ███████6-643

**Haley Turner**

To The
Order
Of

**BARCLAYS BANK DELAWARE**
**400 White Clay Center Dr**
**Newark, DE US 19711**

*Authorized Signature*
Questions: (877)503-8236
Void After 90 Days

# EXHIBIT C

| FILE # | | DATE COMPLETED | 7/7/2022 | RQD' BY | |
|---|---|---|---|---|---|
| SEND TO | | DATE ORDERED | 7/7/2022 | | |
| | | REPOSITORIES | TU | PRPD' BY | |
| | | PRICE | | LOAN TYPE | |
| | | REF. # | | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | TURNER, HALEY | CO-APPLICANT | | |
| SOC SEC # | DOB | SOC SEC # | | DOB |
| MARITAL STATUS | | DEPENDENTS | | |

## CREDIT

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

## COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | BRCLYSBANKDE | 07/22 | 02/15 | $15000 | $10389 | $10389 | 00 | - | - | - | CHARGE OFF |
| | | | | 11/19 | REV | - | | | | | | TU |

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

# EXHIBIT D



LAW OFFICES OF
ROBERT S. GITMEID & ASSOC., PLLC

July 21, 2022

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions                     Equifax Information Services, LLC
P.O. Box 2000                                     P.O. Box 105139
Chester, PA 19016                                 Atlanta, GA 30348

Experian                                          Innovis Consumer Assistance
P.O. Box 4500                                     P.O. Box 1640
Allen, TX 75013                                   Pittsburgh, PA 15230

|  |  |
|---|---|
| Re: | Haley Turner |
| Creditor: | Barclays Bank Delaware |
| Account No.: | Ending in 6643 |
| SSN: | Ending in 8077 |
| Address: | 3041 Rothschild Drive |
|  | Pensacola, FL 32503 |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Haley Turner with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about October 30, 2019, Ms. Turner and Barclays Bank Delaware ("Barclays") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Ms. Turner was required to make a lump sum payment totaling $6,926.00 to settle and close her Barclays account. Ms. Turner, via a debt settlement representative, timely made the requisite settlement payment. Proof of this payment is attached herein for your review.

However, over two years later, Ms. Turner's account continues to be negatively reported. In particular, on a requested credit report dated July 7, 2022, Ms. Turner's account was reported with a status of "Charge Off," a balance of $10,389.00, and a past due balance of $10,389.00. The relevant portion of Ms. Turner's credit report is attached herein for your review. This trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Ricardo Simpson
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Ricardo.S@gitmeidlaw.com
(866) 249-1137

RS
Encl.

Card Services
P.O. Box 8833
Wilmington, DE 19899-8833

October 30, 2019

Account Ending In 6643

Haley Turner



### RE: SETTLEMENT AGREEMENT

*Dear Haley Turner,*

*This confirms our October 23, 2019 discussion in which you agreed to a settlement offer on your American Airlines Aviator Red MasterCardÂ® account referenced above, for less than the full balance amount. We are pleased to be able to provide this opportunity for you to settle your account.*

### What You Need To Know

*Your account has been closed and cannot be used.*

*The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It is important that you review the terms of the settlement outlined below.*

*The terms of this settlement are as follows:*

*As of the date of this letter, your account balance is 17,315.54. Upon receipt of 6,926.00, which is 40% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.*

*Payments under the terms of this settlement are as follows:*

- *11/22/2019 $6,926.00*
- *Account is closed*
- *There may be tax consequences as disclosed below.*

*\*\*Note: This settlement may have tax consequences. If you are uncertain of the tax consequences, consult a tax advisor.*

**What You Need To Do**

- *All payments must be received on or before the due dates set forth above.*
- *Each payment* **MUST** *contain all of the following information:*
    - *your full, accurate and complete name and address; and*
    - *your full, accurate and complete credit card account number.*
- *Destroy all credit cards and checks associated with this account.*
- *Contact any merchants where you have set up automatic monthly payments and notify them that the account has been closed. All preauthorized or reoccurring transactions should be canceled immediately and no further transactions using your account should be attempted.*
- *Notify any online merchant accounts that maintain your account information for expedited checkout.*
- *Please keep this letter.*

*\*\*Note: If you fail to make any of the payments listed above, on or before the due dates referenced above, your payments will not be considered timely, and this settlement will no longer be in effect and your account will not be considered settled. Should any payment not contain all of the information required, this settlement will no longer be in effect and your account will not be considered settled.*

*If you have any questions or concerns, please call us toll-free at 1-866-456-0706.   Our Account Managers are available Monday through Thursday from 8:00 a.m. to 12:00 a.m., Friday and Saturday from 8:00 a.m. to 12:00 a.m., and Sunday from 4:00 p.m. to 9:00 p.m., Eastern Time.*

*Sincerely,*

*tsamuels*

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT'S FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE.

**Global Client Solutions, LLC Custodian**
**FBO Haley Turner**

**203088884**

Date:   **11/01/2019**
Amount: **$** **6,926.00**

Pay:   SIX THOUSAND NINE HUNDRED TWENTY-SIX AND XX / 100 DOLLARS

For: ████████6-643

**Haley Turner**

To The
Order
Of

**BARCLAYS BANK DELAWARE**
**400 White Clay Center Dr**
**Newark, DE US 19711**

**Authorized Signature**
Questions: (877)503-8236
Void After 90 Days

| FILE # | | DATE COMPLETED | 7/7/2022 | RQD' BY | |
|---|---|---|---|---|---|
| SEND TO | | DATE ORDERED | 7/7/2022 | | |
| | | REPOSITORIES | TU | PRPD' BY | |
| | | PRICE | | LOAN TYPE | |
| | | REF. # | | | |

**PROPERTY ADDRESS**

| | APPLICANT | CO-APPLICANT |
|---|---|---|
| APPLICANT | TURNER, HALEY | CO-APPLICANT |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS |

## CREDIT

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |



## COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | BRCLYSBANKDE | 07/22 | 02/15 | $15000 | $10389 | $10389 | 00 | - | - | - | CHARGE OFF |
| | | | | 11/19 | REV | - | | | | | | TU |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

# EXHIBIT E

Provided by EQUIFAX

Report Date: August 30, 2022, 12:00 AM EDT

| Reported Names | Haley Dupuis |
| --- | --- |
| | Haley N Turner |
| DOB | |
| SSN | |
| Employment Info | |

BARCLAYS BANK DELAWA

$10,389.00

Closed

## Account Details

| | |
|---|---|
| Account Number | 6643 |
| Account Status | **Charge Off** |

Creditor Information

BARCLAYS BANK DELAWA
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

Amount Past Due                    $10,389.00